IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FREDDIE LEE CLAYTON, | § | |
| Plaintiff, | § § § | |
| | § | Civil Action No. 3:09-CV-2048-D |
| VS. | § § | |
| GARLAND POLICE DEPT., et al., | § § | |
| Defendants. | § | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge on the August 11, 2010 supplemental motion to dismiss of defendants Sheriff Lupe Valdez and District Attorney Craig Watkins, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and the supplemental motion to dismiss of defendants Sheriff Lupe Valdez and District Attorney Craig Watkins is granted. Plaintiff's actions against these defendants are dismissed by Fed. R. Civ. P. 54(b) judgment filed today.

**SO ORDERED**.

December 30, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE