IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FREDDIE LEE CLAYTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:09-CV-2048-D |
| VS. | § | |
| | § | |
| GARLAND POLICE DEPT., et al., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, the April 5, 2011 motion for summary judgment of defendants Officer B.N. Worsham, Detective Hatfield, and Lt. VanCleave is granted, and plaintiff's actions against these defendants are dismissed with prejudice by judgment filed today.

**SO ORDERED**.

June 29, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE